UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

BENNIE A. McELWAIN,

        Petitioner,

v.

SHERRY BURT,

        Respondent.

_____/

Case No. 1:05-CV-828

Hon. Richard Alan Enslen

**ORDER**

Petitioner Bennie A. McElwain has objected to United States Magistrate Judge Ellen S. Carmody's Report and Recommendation which recommended dismissal of Petitioner's habeas action as filed outside of the one-year limitation period of 28 U.S.C. § 2244(d)(1). Petitioner has objected to the Magistrate Judge's finding of untimeliness on the ground that the Magistrate Judge did not consider that his Petition was asserting a constitutional claim arising from the United States Supreme Court's June 2005 decision in *Halpert v. Michigan*, 125 S. Ct. 2582 (2005). This is significant because section 2244(d)(1)(C) permits delayed motions filed within one-year of such Supreme Court decision provided that the right recognized is to be applied retroactively. Western District of Michigan Local Civil Rule 72.3(b) permits a District Court Judge to recommit a matter to a Magistrate Judge for further findings. In this case, it would be useful to obtain further findings on the issue of whether Petitioner qualifies for a section 2244(d)(1)(C) extension or other extension premised on the *Halpert* violation.[1] In making such findings, the Magistrate Judge may also consider

---

[1] Another interesting question raised by this Petition is whether a Petitioner who is prevented by unconstitutional practice of the State from filing an appeal of his criminal sentence (a *Halpert* violation) is entitled to an extension under section 2244(d)(1)(B) or an equitable extension on that basis.

other relevant matters, without limitation, including whether Petitioner has properly exhausted available state remedies as to a *Halpert* claim.

**THEREFORE, IT IS HEREBY ORDERED** that Petitioner's Objection (Dkt. No. 6) is **GRANTED** to the limited extent that this matter is recommitted to the Magistrate Judge for further findings consistent with this Order.

|  |  |
|---|---|
| DATED in Kalamazoo, MI:<br>    July 17, 2006 | /s/ Richard Alan Enslen<br>RICHARD ALAN ENSLEN<br>SENIOR UNITED STATES DISTRICT JUDGE |